FRANCISCO CAPOZZI. COMPLAINANT–RESPONDENT, v. FRED N. CAPOZZI, ET ALS., DEFENDANTS–APPELLANTS.

Argued March 7, 1949—Decided March 14, 1949.

524

526

*Mr. Samuel S. Ferster* argued the cause for the defendants-appellants (*Mr. George H. Rosenstein* on the brief).

*Mr. Herbert A. Kuvin* argued the cause for the complainant-respondent (*Mr. Adam Alvine,* attorney).

PER CURIAM. The decree appealed from will be affirmed for the reasons expressed in the opinion of Vice Chancellor Bigelow in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.